# Court of Appeals
# of the State of Georgia

ATLANTA,

*The Court of Appeals hereby passes the following order:* March 12, 2019

**A19I0180. IN THE INTEREST OF N. R., A CHILD.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
18CV0673



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*